January 3, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE ESTATE OF LILLIE A. BURROUGHS, Deceased,

NO. 14-12-00627-CV

————————————————

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on April 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Robert Burroughs.

We further order this decision certified below for observance.